**FIRST DIVISION**
**PHIPPS, P. J., and BRANCH, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 5, 2015**

# In the Court of Appeals of Georgia

A13A0912. CITY OF ATLANTA et al. v. MITCHAM.

PHIPPS, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *City of Atlanta et al. v. Mitcham*, 296 Ga. 576 (769 SE2d 320) (2015), our decision in *City of Atlanta et al. v. Mitcham*, 325 Ga. App. 481 (751 SE2d 598) (2013) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Ellington, P. J., and Branch, J., concur.*